-FILED-

JUL 1 5 2026

Al_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.: 2:26-CR-113 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(5) |
| CRISTHIAN JOSUE MENCIAS | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about June 19, 2026, in the Northern District of Indiana,

**CRISTHIAN JOSUE MENCIAS,**

defendant herein, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, and the firearm was in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(5).

1

## FORFEITURE ALLEGATIONS

1. The allegations contained in the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(5) alleged in the Indictment, the defendant, **CRISTHIAN JOSUE MENCIAS**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of such offenses.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:    */s/ Michael J. Toth*
Michael J. Toth
Assistant United States Attorney

2